

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-11-2013

# USA v. Joseph Konrad

Precedential or Non-Precedential: Precedential

Docket No. 12-1393

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Joseph Konrad" (2013). *2013 Decisions.* Paper 150.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/150

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-1393

UNITED STATES OF AMERICA

v.

JOSEPH KONRAD,
                                                Appellant

(E.D. Pa. No. 2-11-cr-00015-001)

**ORDER**

It appears that the opinion and judgment entered on September 5, 2013 in the above appeal was entered prematurely.  At the direction of the Court, the opinion and judgment are vacated and a new opinion and judgment will be entered at the appropriate time.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  September 11, 2013

Tnh/cc: All Counsel of Record